Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ARTURO PEREZ RAMIREZ,

Defendant.

CASE NO.     MJ24-766

COMPLAINT for VIOLATION

18 U.S.C. § 922(g)(1)

BEFORE United States Magistrate Judge Mary Alice Theiler, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about December 1, 2024, in King County, within the Western District of Washington, ARTURO PEREZ RAMIREZ, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

i.   *Attempted Robbery in the First Degree, King County Superior Court Cause 19-1-01837-9 SEA, on 02/10/2023;*

Complaint - 1
*United States v. Perez-Ramirez*
USAO# 2024R01336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock 48, 9mm caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Unlawful Possession of Ammunition)

On or about December 1, 2024, in King County, within the Western District of Washington, ARTURO PEREZ RAMIREZ, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

   i.   *Attempted Robbery in the First Degree, King County Superior Court Cause 19-1-01837-9 SEA, on 02/10/2023;*

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is:

   a. One round of Ammo Inc 9mm Luger ammunition

   b. One round of Winchester Military Ammunition ammunition

   c. Five rounds of Blazer 9mm Luger ammunition

All of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Zane Davis, being first duly sworn on oath, depose and say:

### INTRODUCTION AND AFFIANT BACKGROUND

I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 2022. I am currently assigned to the ATF Puget Sound Regional Crime Gun Task Force in Seattle, Washington. In this capacity, I enforce federal criminal laws relating to the unlawful possession, use and trafficking of firearms. I also investigate individuals who illegally use firearms to commit violent crimes.

Complaint - 2
*United States v. Perez-Ramirez*
USAO# 2024R01336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I received a Bachelor of Science degree in Law and Public Policy from Indiana University in Bloomington, Indiana. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in Title 18, United States Code, Section 2516.

I received training at the Federal Law Enforcement Training Center in Glynco, Georgia. While there, I completed the Criminal Investigator Training Program which provided me knowledge of basic criminal investigations, including systematic techniques for processing crime scenes, interviewing witnesses, gathering evidence, and conducting surveillance. Additionally, I have completed the ATF Special Agent Basic Training program at Glynco, Georgia, which included extensive training on firearms and ammunition identification, firearms trafficking, alcohol and tobacco diversion investigations, explosives and arson investigations, and undercover operations.

The facts in this affidavit come from my own personal knowledge and observations; my training and experience; information obtained from other agents and witnesses; review of documents and records related to this investigation; and communications with others who have personal knowledge of the events and circumstances described herein.  This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint, and therefore does not set forth all of my knowledge about this matter.

### SUMMARY OF INVESTIGATION

On February 10, 2023, PEREZ RAMIREZ was convicted *Attempted Robbery in the First Degree* in King County Superior Court under case number 19-1-01837-9 SEA, for which he was sentenced to fifty-seven and three-quarters months imprisonment.

On June 7, 2023, PEREZ RAMIREZ reported to the Washington Department of Corrections (DOC) office in Renton, Washington and reviewed his DOC Conditions, Requirements, and Instructions. PEREZ RAMIREZ acknowledged his obligations and agreed to comply with the conditions of his supervision, which included a notice that he

Complaint - 3
*United States v. Perez-Ramirez*
USAO# 2024R01336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

is prohibited from owning, possessing, receiving, shipping, or transporting a firearm, ammunition, or explosives.

### December 1, 2024

On December 1, 2024, at approximately 2045 hours, a Seattle Police Department (SPD) officer was driving a patrol vehicle and observed a vehicle improperly passing other vehicles on South Henderson Street near Renton Avenue South in Seattle, WA. The officer checked the license plate (Washington plate #BDG6861) on a black Kia Optima. The officer was informed that the vehicle was reported as stolen in an Armed Carjacking where the victim was shot. The officer then attempted to follow the vehicle while more patrol vehicles came to the area to assist. As the Optima was on Renton Avenue South, crossing South Henderson Street, another officer in a marked patrol vehicle observed it and initiated their lights and sirens to stop the stolen vehicle. The Optima did not stop and multiple SPD patrol vehicles pursued.

The pursuit lasted approximately 10 minutes with the Optima driving at high rates of speed and driving the wrong direction on an interstate ramp. The Optima then appeared to lose control and struck a guard rail entering Interstate 5 from Columbian Way South. Officers then exited their vehicles and gave commands to the driver, who was the sole occupant, to exit the vehicle. An officer stated that while officers were giving commands to raise his hands, the driver, later identified by a mobile fingerprint reader as ARTURO PEREZ RAMIREZ, repeatedly reached below the steering wheel towards the driver's side floorboard. As the driver's door of the Optima was pinned against the guard rail, officers gave commands for PEREZ RAMIREZ to exit the front passenger's door and lay on the ground. Before laying on the ground, officers observed PEREZ RAMIREZ reach towards his front waistband. PEREZ RAMIREZ was then placed into custody by SPD.

While searching PEREZ RAMIREZ incident to arrest, officers located a Glock firearm magazine containing one round of Ammo Inc. 9mm Luger ammunition, one round of Winchester Military Ammunition ammunition, and five rounds of Blazer 9mm Luger ammunition in the front pocket of his sweatshirt. Officers also observed in plain

Complaint - 4
*United States v. Perez-Ramirez*
USAO# 2024R01336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

view what appeared to be a firearm with a silver slide on the driver's side floorboard of the Optima. SPD transported the vehicle to their vehicle processing room pending a search warrant.

On December 2, 2024, SPD obtained a King County Superior Court search warrant for the Optima. During the search, a Glock 48, 9mm caliber pistol with serial number BLRN116 was located on the driver's side floorboard. The firearm had a silver slide and was loaded with a magazine containing ammunition and a round in the chamber. Next to the firearm was located a cell phone which was seized, and four other cell phones were seized from the vehicle. SPD also seized a trash bag containing a large amount of what appeared to be marijuana from the trunk.

### Interstate Nexus Examination of the Firearms

On December 5, 2024, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, examined photos and was provided descriptions of the following:

    a. a Glock, 48, 9mm caliber pistol, with serial number BLRN116

    b. One round of Ammo Inc. 9mm Luger ammunition

    c. One round of Winchester Military Ammunition ammunition

    d. Five rounds of Blazer 9mm Luger ammunition

The nexus expert determined that the above-listed firearms and ammunition were not manufactured in the state of Washington. Based upon her experience, knowledge, and research, it also the nexus expert's opinion that the above-listed firearms and ammunition meet the definition of a firearm or ammunition under Title 18, United States Code, Section 921(a)(3) and Section 921(a)(17)(A). Furthermore, it is the nexus expert's opinion that, because the above-listed firearms and ammunition were not manufactured in the state of Washington, they therefore must have traveled in, and thereby affected, interstate commerce if they were received or possessed in the State of Washington.

//

//

//

Complaint - 5
*United States v. Perez-Ramirez*
USAO# 2024R01336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CONCLUSION**

Based on the above facts, I believe that there is probable cause to conclude that ARTURO PEREZ RAMIREZ committed the offenses of Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1), and Unlawful Possession of Ammunition in violation of Title 18, United States Code, Section 922(g)(1).

Zane Davis
Digitally signed by Zane Davis
Date: 2024.12.06 08:29:23 -08'00'

_____
ZANE DAVIS
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

The above-named Special Agent provided a sworn statement attesting to the truth of the foregoing by telephone on the ___6th___ day of December, 2024.  Based on the Complaint and Affidavit sworn to before me, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

Dated this ___6th___ day of December, 2024.

_____
MARY ALICE THEILER
United States Magistrate Judge

Complaint - 6
*United States v. Perez-Ramirez*
USAO# 2024R01336

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970